Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone:   (415) 477-3800
Facsimile:    (415) 477-9010

Attorneys for Defendant MICHAEL ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ROBERT SMOLEY,<br><br>              Defendant. | No. CR 10-0619 JSW<br><br>**RESPONSE TO GOVERNMENT NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>MELISSA PERKINS,<br><br>              Defendant. | No. CR 10-0620 WHA |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>CHRISTOPHER NAPOLI, *et al.*,<br><br>              Defendants | No. CR 10-0642 RS |

///

1     On September 15, 2010, the government filed a notice of related cases in the above-captioned matters. The government writes that while the three cases may be related within the meaning of Local Rule 8-1(b)(1), assignment of all three cases to a single judge is not appropriate under Rule 8-1(b)(2). Defendant Michael Arnold agrees that because of the wider scope of the *Napoli* indictment and the absence of significant litigation in *Smoley* and *Perkins*, these cases do not "appear likely to entail substantial duplication of labor if heard by different Judges." Local Rule 8-1(b)(2). Accordingly, Mr. Arnold agrees with the government that assignment of all three cases to a single judge would not result in significant conservation of judicial resources or promote a more efficient determination of the action, and that therefore the cases need not be related.

Dated: September 17, 2010

Respectfully submitted,

        /s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for MICHAEL ARNOLD

**Response to Notice of Related Cases**
*United States v. Napoli, et al.*, CR 10-0642 RS     2