| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 39 mins | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Ada Yiu | | | REPORTER/FTR 10:11-10:40, 11:36-11:46 | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE September 22, 2010 | | | NEW CASE ☐ | CASE NUMBER CR10-0642 RS | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Michael Arnold | | AGE 40 | CUST N | P/NP P | ATTORNEY FOR DEFENDANT August Gugelmann for Ed Swanson | PD. ☐  RET. ☒ APPT. ☐ | |
| U.S. ATTORNEY Kirstin Ault | | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Amaryllis Gonzalez/K.J. Gibson | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR 20 mins | | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET | |
| ☒ I.D. COUNSEL 5 mins | | ☒ ARRAIGNMENT 4 mins | | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☒ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ 10,000,000.00 /PR | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE:9/22/10 | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☒ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 9/23/2010 | | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET | |
| AT: 10:00 a.m. | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. BZ | | ☒ DETENTION HEARING | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

11/2/2010 at 10:00 a.m. before RS for trial set. Mr. Swanson was not able to attend the hearing today; therefore, the detention hearing is continued to 9/23/10 before BZ.
CC: BZ & RS

DOCUMENT NUMBER: