1
2
3
4
5
6
7

*E-FILED: 9/29/10*

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-06-00748-RMW |
| Plaintiff, | ORDER RE RELATED CASE NOTICES |
| vs. | |
| ANDREW THOMAS RUSSO, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No. C-07-03120-RMW |
| Plaintiff, | ORDER RE RELATED CASE NOTICES |
| vs. | |
| 1997 LAMBORGHINI DIABLO, VIN: ZA9RU37P6VLA12636, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE RELATED CASE NOTICES
Case No. CR-06-00748-RMW

| | |
|---|---|
| 1 UNITED STATES OF AMERICA, | Case No. C-07-03874-RMW |
| 2               Plaintiff, | ORDER RE RELATED CASE NOTICES |
| 3   vs. | |
| 4 REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, | |
| 5 BOCA RATON, FLORIDA, | |
| 6               Defendant. | |

| | |
|---|---|
| 7 | |
| 8 UNITED STATES OF AMERICA, | Case No. CR-09-01728-RMW |
|               Plaintiff, | ORDER RE RELATED CASE NOTICES |
| 9   vs. | |
| 10 | |
| 11 2008 INFINITI QX56, VIN: 5N3AA08D68N905742 | |
| 12               Defendant. | |
| 13 | |

| | |
|---|---|
| 14 UNITED STATES OF AMERICA, | Case No. CR-10-00619-JSW |
| 15               Plaintiff, | ORDER RE RELATED CASE NOTICES |
| 16   vs. | |
| 17 ROBERT SMOLEY, | |
| 18 | |
| 19               Defendant. | |

| | |
|---|---|
| 20 UNITED STATES OF AMERICA, | Case No.  CR-10-00620-WHA |
| 21               Plaintiff, | ORDER RE RELATED CASE NOTICES |
| 22   vs. | |
| 23 MELISSA PERKINS, | |
| 24               Defendant. | |

25

26

27

28

ORDER RE RELATED CASE NOTICES
Case No. CR-06-00748-RMW

1 | UNITED STATES OF AMERICA,                   Case No. CR-10-00642-RS

2 |               Plaintiff,                    ORDER RE RELATED CASE NOTICES

3 | vs.

4 | NAPOLI, et al.,

5 |               Defendants.

6 | _____

7

8         The question before the court is whether the cases listed below, or some of them, should

9  be related.

| Case | Subject Matter | Status |
|------|----------------|--------|
| *United States v. Russo, et al.* CR-06-0748 RMW | Conspiracy to distribute controlled substances over internet involving defendants Andrew Russo, Dennis Leborgne, David John and Jon Tuite | Judgments entered following plea agreements against Russo, Leborgne and John in 2008; Tuite case transferred to South Carolina in 2007 Pursuant to Rule 20 plea and sentence |
| *United States v. 1997 Lamborghini* C-07-3120 RMW | Forfeiture of assets related to CR-06-0748 per ¶ 7 of complaint | Dismissed on 9/13/2010 without prejudice per request of government now stating forfeiture relates to CR-10-0642 RS |
| *United States v. Real Property 205 SE Spanish Trail* C-07-3874 RMW | Forfeiture of assets apparently related to CR-06-0748 with Michael Arnold as claimant | Dismissed on 12/24/2008 without prejudice on stipulation of parties |
| *United States v. 2008 Infiniti* C-09-1728 RMW | Forfeiture of assets related to CR-06-0748 per ¶ 2 of complaint | Dismissed on 9/15/2010 without prejudice on stipulation of parties that case related to CR-10-0620 WHA |
| *United States v. Smoley* CR-10-0619 JSW | Conspiracy to distribute controlled substances over internet involving Robert Smoley | Pending before Judge White |
| *United States v. Perkins* CR-10-0620 WHA | Conspiracy to distribute controlled substances over internet involving Melisa Perkins | Pending before Judge Alsup |

| United States v. Napoli, et al. CR-10-0642 RS | Conspiracy to distribute controlled substances over internet involving Christopher Napoli, Daniel Johnson, Salvatore, Steven Paul, Jeffrey Entel, Joseph Carozza, Jeffrey Herholz, Darrell Creque, Michael Arnold, Diego Podolsky Paes, Dino Antonioni | Pending before Judge Seeborg |
|---|---|---|

The government has filed Notices of Related Cases in some of the cases and seems to have taken a somewhat different position on the forfeiture cases now than it did in the past.  It does appear that each of the criminal cases arises out of an on-going investigation of internet pharmacies.  However, it also appears *Russo* involves different parties than the other cases and that none of the pending cases are related to *Russo*.  In any event, even if the later cases which are pending in the San Francisco Division are "related" to the *Russo* case, assignment of those cases to me, the judge who handled the *Russo* case, is not likely to conserve judicial resources and promote the efficient determination of the actions.  The *Russo* case was disposed of by plea agreements and a Rule 20 transfer.  I did not become involved in the substance of the case except to the extent necessary for sentencing and, in particular, did not become concerned with the conduct of other than that of defendants Russo, Leborgne, and John.  I also did not have to resolve any significant legal issues.  In other words,  my involvement with *Russo* would not enable me to handle the pending cases with any more efficiency than the judges currently assigned.  I had essentially no substantive involvement with the forfeiture cases.

The cases now pending in the San Francisco Division may be related.  However, the fact that they all involve internet pharmacies that may have been investigated in the same on-going investigation does not mean that they concern the same alleged events, occurrences, transactions or property.  *See* Crim. L.R.8-1(b)(1).  In any event, the question of whether the cases other than *Russo*, i.e. those now pending in the San Francisco, should be related is properly left to the discretion of Judge White, who has the pending case with the lowest case number.

For the above reasons, the court orders:

ORDER RE RELATED CASE NOTICES
Case No. CR-06-00748-RMW

1.  *United States v. Smoley*, CR-10-0619 JSW; *United States v. Perkins*, CR-10-0619 WHA; and *United States v. Napoli, et al.*, 10 CR-0620 RS, are not related to *United States v. Russo*, CR-06-1748 RMW, and

2.  The question of whether *United States v. Smoley*, CR-10-0619; *United States v. Perkins*, CR-10-0619; and *United States v. Napoli, et al.*, 10 CR-0620, are related is left to the discretion of Judge White as *Smoley* has the lowest case number of the pending cases.

DATED: 9/29/10

*Ronald M Whyte*

_____
RONALD M. WHYTE
United States District Judge

ORDER RE RELATED CASE NOTICES
Case No. CR-06-00748-RMW

5

1

2 Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE RELATED CASE NOTICES
Case No. CR-06-00748-RMW