MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 RS |
|     Plaintiff, | ) | |
| v. | ) | |
| MICHAEL ARNOLD,<br>    a/k/a "Mike Johnston," | ) ) | STIPULATION REGARDING SPEEDY<br>TRIAL ACT AND [PROPOSED] ORDER |
|     Defendant. | ) | |

    On September 22, 2010, defendant Michael Arnold appeared before the Court. The appearance was for arraignment, identification of counsel and issues regarding bond. Discovery has not yet been provided to the defendant pending issuance of a protective order. The case involves eleven defendants charged in thirteen counts with three conspiracies spanning a period of five years. The Court set an initial appearance date of October 5, 2010, before the Honorable Richard Seeborg and ordered time excluded under the Speedy Trial Act to provide counsel for the United States with the opportunity to produce discovery and to provide counsel for the defendant with the time necessary to review discovery and determine how to effectively defend

the case.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from September 22, 2010, through October 5, 2010, due to the need for effective preparation of defense counsel, under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to the exclusion of time under the Speedy Trial Act from September 22, 2010, through October 5, 2010, based upon the need for effective preparation of defense counsel.

3. Counsel for the defendant believes that the exclusion of time is in his clients best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 22, 2010, through October 5, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) the defendant shall appear before the Honorable Richard Seeborg on October 5, 2010, at 10:00 a.m. for an initial appearance; (2) the period from September 22, 2010, through October 5, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(iv).

STIPULATED:

DATED: October 7, 2010

/s/
_____
KIRSTIN M. AULT
Assistant United States Attorney

DATED: October 7, 2010

/s/
_____
EDWARD SWANSON
Attorney for Defendant Arnold

IT IS SO ORDERED:

DATED:_____                      _____
                                           BERNARD ZIMMERMAN
                                           United States Magistrate Judge

STIPULATION RE: SPEEDY TRIAL ACT
CR 10-00642 RS                             2