| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**                               Time:   4 minutes

Date: **October 6, 2010**

Reporter: Sahar McVickar

**Case No:** CR- 10–642- CRB                    **DEFT:**  MICHAEL ARNOLD
                                                                                 (X)Present

AUSA:  Kirsten Ault                                    DEF ATTY:  Edward Swanson
USPO: _____
Interpreter: _____

**REASON FOR HEARING**    Status Conference

**RESULT**   Held.  Matter continued with time excluded from 10/6/2010 5o 11/3/2010 for

effective preparation of counsel.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**  November 3, 2010 @ 2:15 p.m. **for**  Status Conference

**JUDGMENT**

Notes:    All co defendants to appear on 11/3/2010