| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**                                    Time: 54 minutes

Date: **January 19, 2011**

Reporter: Margo Gurule

**Case No:** CR -10-0642 CRB                **DEFT:** **CHRISTOPHER NAPOLI, DANIEL JOHNSON, SALVATORI LAMORTE, JEFFREY ENTEL, JOSEPH CAROZZA, JEFFREY HERHOLZ, DARRELL CREQUE, DINO ANTONIONI**   (X)Presence Waived
**MICHAEL ARNOLD** (X) Present

AUSA: Kirsten Ault                         DEF ATTY: Chris Cannon, Davina Pujari, Victor Afanador, Ismail Ramsey, Josh Cohen, Seth Chazin, Geoffrey Rotwein, Michael Shepard, Ed Swanson

**REASON FOR HEARING**                                **RESULT**

Motion for Bill of Particular                Denied except as to D Antonioni

Arnold's Motion to Sever                    Denied

Arnold's Motion for Discovery              Withdrawn

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** February 16, 2011 @ 10:00 a.m.  **for** Motions

Government to file supplemental response as to D. Antonioni role and to any other individuals they feel require a supplement.  Government to file doctor's expert report as detailed as possible by 3/17/2011, no deadline set as to the pharmacist expert report.

Motions currently set for 2/2/2011 are continued to 2/16/2011 @ 10:00 a.m, defendants' presence waived at the next hearing set.

Notes: Michael Arnold remanded to custody